

**ILLINOIS DEPT OF REVENUE**
Bankruptcy Administration Unit
100 W. Randolph #7-410
Chicago, Illinois 60601
(312) 814-3058

December 28, 2015

United States Bankruptcy Court
Northern District of Illinois - Chicago

RE:    15-32309
       Cosmo Z Barron

To The Clerk of the Court:

The State of Illinois hereby withdraws the following claim(s):

| Claim # | Date Filed | Amount |
|---------|------------|--------|
| 8 | 12/24/2015 | $1716.07 |
|   |            |          |
|   |            |          |
|   |            |          |

Very truly yours,

Alyssa Park
Revenue Tax Specialist